UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
...................................................................... X
: Chapter 11
In re: : Case Nos. 06-44387
: 06-44388
Victory Memorial Hospital, et al., : 06-44389
:
Debtors. :
: (Jointly Administered)
:
...................................................................... X
Victory Memorial Hospital, : Adversary Proceeding
: No. 09-01379
:
Plaintiff, :
:
v. :
:
J.Y. Professional Radiology, P.C., :
:
Defendant. :
:
...................................................................... X

## CERTIFICATE OF SERVICE

I, William Coleman, hereby certify that on the sixteenth day of October, 2009, I caused to be served by first class mail, postage prepaid, on the parties on the annexed Service List, true copies of the Summons and Complaint in the above-captioned action.

_____
William Coleman

# VICTORY JY PROFESSIONAL RADIOLOGY SERVICE LIST

J.Y. Professional Radiology, P.C.
699 92nd Street
Brooklyn, NY 11228
Attn: Chief Executive Officer

J.Y. Professional Radiology, P.C.
9 Dock Lane
Great Neck, NY 11024
Attn: Chief Executive Officer

J.Y. Professional Radiology, P.C.
c/o Jhanguir Yaghoobian
9036 7th Avenue
Brooklyn, NY 11228
Attn: Chief Executive Officer